IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

WILLIAM CHRISTOPHER JACKSON                                         PLAINTIFF

vs.                                      CIVIL ACTION NO. 2:13-CV-308-HTW-LRA

CHRISTOPHER EPPS                                                    DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson.  Based upon the evidence therein contained, and in the absence of an objection from the plaintiff, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court.  The plaintiff's petition for writ of habeas corpus is denied.

**SO ORDERED AND ADJUDGED, this the 26th day of February, 2015.**

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE